# DANIEL L. ACKMAN

ATTORNEY AT LAW

---

28 LIBERTY STREET, 6TH FLOOR ○ NEW YORK, NY 10005

TEL: 917-282-8178

E-MAIL: d.ackman@comcast.net

September 29, 2025

BY ECF & FAX:
Honorable Alvin K. Hellerstein
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Pena, et al. v. City of New York, et al., 24-cv-5893 (AKH)

Your Honor:

I am counsel for the seven plaintiffs in the above-referenced action. Recently, I have lost contact with one plaintiff, Shaukat Ali, despite multiple efforts to reach him by phone, e-mail and text message. For that reason, I write to respectfully request leave, pursuant to Local Civil Rule 1.4(b), to withdraw as counsel of record for Mr. Ali. I will continue to represent the other plaintiffs.

Respectfully submitted,

/s/

Dan Ackman

cc: All Counsel (by ECF)
    Shaukat Ali (by e-mail)

---

[Handwritten annotation by Judge Hellerstein:]
Plaintiff Shaukat Ali is dism'd from the lawsuit for failure to prosecute. Counsel is discharged. 9-30-25
/s/ Hellerstein