

| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Gregory O'Brien<br>Phone: 212-356-0892<br>Fax: 212-356-2059<br>E-mail: gobrien@law.nyc.gov |
|---|---|---|

October 24, 2025

BY FAX and ECF
Honorable Alvin K. Hellerstein
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Brandy Pena, et al. v. City of New York, et al., 24-cv-5893 (AKH)(GS)

Dear Judge Hellerstein:

    I am an attorney in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, counsel for defendants in this action. In accordance with your Honor's Individual Rules, Defendants submit this letter to request an extension of the deadline to complete discovery from October 24, 2025 to November 21, 2025. This request is made because Defendants have made requests for discovery from Plaintiffs which remain outstanding. This is the second time a request for such an extension has been made. Plaintiffs oppose extending the discovery deadline due to their pending summary judgment motion. This letter is being filed today, rather than 48 hours before the expiration of the deadline, because Defendants were unable to obtain Plaintiffs' position on this request until this afternoon.

    The January 10, 2025 Case Management Order also directed the parties to meet for a settlement conference on October 29, 2025, and to appear before the Court for a Second Case Management Conference on November 14, 2025. Defendants also request these dates be extended by 30 days or until after the Court has ruled on Plaintiffs' motion for summary judgment.

    Respectfully submitted,
    /s/ Gregory O'Brien
    Assistant Corporation Counsel

*In light of the pending motion for summary judgment, discovery is suspended. Defendants shall file opp'n papers by Nov. 14, 2025; reply by Nov. 26, 2025. No adjournments.*
10-30-25
/s/ Hellerstein

By ECF and E-MAIL:
Daniel L. Ackman, Esq.
Attorney for Plaintiffs
28 Liberty Street, 6th Floor
New York, New York 10005