UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                        :

BRANDY PENA, ET AL,                            :

                                                        :     **ORDER REGULATING**
                           Plaintiffs,     :     **PROCEEDINGS**
                                                          :

     -against-                              :     24 Civ. 5893 (AKH)

CITY OF NEW YORK, ET AL,            :

                            Defendants.    :

-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The briefing schedule in the above matter is clarified as follows: Defendants shall file opposition to the pending motion by November 20, 2025. Reply shall follow December 2, 2025.

       SO ORDERED.

Dated:     November 4, 2025                            /s/ Alvin K. Hellerstein
             New York, New York                   ALVIN K. HELLERSTEIN
                                                               United States District Judge