UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
: 
PENA ET AL, :
: **ORDER REGULATING**
Plaintiff, : **PROCEEDINGS**
:
-against- : 24 Civ. 5893 (AKH)
:
CITY OF NEW YORK ET AL, :
:
Defendants. :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The status conference previously scheduled for December 5, 2025 is canceled. A new conference will be scheduled after the Court rules on the pending motion for summary judgment.

       SO ORDERED.

| | |
|---|---|
| Dated:  November 25, 2025<br>         New York, New York | /s/ Alvin K. Hellerstein<br>ALVIN K. HELLERSTEIN<br>United States District Judge |