**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------X
BRANDY PENA, DAEREON FRIDAY,
SHAUKAT ALI, ARIFUL ISLAM, AHMED
SHAIBI, IBUKUN OYEBAMIJI and ISMAIL
BOURRICH, individually and on behalf of all
others similarly situated,

                          Plaintiffs,                         24 **CIVIL** 5893 (AKH)

              -against-                                  **JUDGMENT**

THE CITY OF NEW YORK, DA YID DO,
Chairperson of the NYC Taxi and Limousine
Commission, SHERRYL ELUTO, Deputy
Commissioner the NYC Taxi and Limousine
Commission, and MOHAMMED AKINLOLU,
Associate Commissioner for Prosecution for the
NYC Taxi and Limousine Commission,

                        Defendants.
--------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order and Opinion dated June 4, 2026, Plaintiffs' motion for summary

judgment is denied, and summary judgment is granted to Defendants.

**Dated:**  New York, New York

       June 4, 2026

                                      **TAMMI M. HELLWIG**
                                   _____
                                     **Clerk of Court**

                   **BY:** _____
                              **Deputy Clerk**